DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

R.A.P.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1847

_____

September 26, 2025

Appeal from the Circuit Court for Pasco County; James R. Stearns, Judge.

Blair Allen, Public Defender, and Lisa Lott, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Clara V. Murga, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, SLEET, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.